
FILED
CLERK, U.S. DISTRICT COURT

JAN 15 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. FERNANDO ALVAREZ-CARVAJAL, DEFENDANT(S). | CASE NUMBER 2:19-mj-00119 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of **Defendant Fernando Alvarez-Carvajal,** , IT IS ORDERED that ~~a detention hearing~~ an identity / process hearing is set for **January 24** , **2019** , at **3:00** ☐ a.m. / ☒ p.m. before the Honorable **Maria A. Audero** , in Courtroom **690** .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: **January 15, 2019**

/s/ Maria A. Audero

HON. MARIA A. AUDERO, United States Magistrate Judge